Matthew T. Christensen, ISB:7213
Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste. 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com
        chad@angstman.com

*Attorneys for Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>TIMOTHY A. DAVIS and PATRICIA A. DAVIS,<br><br>        Debtors. | Case No. 20-00318-JMM<br><br>Chapter 11 |

## FIRST PERIODIC REPORT REGARDING VALUE, OPERATIONS, AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF TIMOTHY A. DAVIS AND PATRICIA A. DAVIS HOLD A SUBSTANTIAL OR CONTROLLING INTEREST

This is the first periodic report on the value, operations, and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of Timothy A. Davis and Patricia A. Davis holds a substantial or controlling interest in the following entities ("Controlled Non-Debtor Entities"):

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Davis Technology Solutions, LLC | 100% | 1 |
| TPD Holdings, LLC | 100% | 2 |
| Lickety Split, LLC | 100% owned by TPD Holdings, LLC | 3 |
| Hot Beans, LLC | 100% owned by TPD Holdings, LLC | 4 |

THIRD PERIODIC REPORT REGARDING VALUE, OPERATIONS, AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF TIMOTHY A. DAVIS AND PATRICIA A. DAVIS HOLD A SUBSTANTIAL OR CONTROLLING INTEREST – PAGE 1

Matter: 13792-001

| Ding-a-ling Services, LLC | 100% owned by TPD Holdings, LLC | 5 |
| Swiftsy, LLC | 100% owned by TPD Holdings, LLC | 6 |

This first periodic report (the "Periodic Report") contains reporting ("First Entity Report") on the value, operations, and profitability of the listed entities above for the Year End 2019 and First Quarter 2020.  Pursuant to Bankruptcy Rule 2015.3(a) and the Official Form 426, the First Entity Report consists of the following five exhibits for each Controlled Non-Debtor Entity.

**Exhibit A** contains the most recently available: balance sheet, statement of income (loss), statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes.

**Exhibit B** describes the Controlled Non-Debtor Entity's business operations.

**Exhibit C** describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

**Exhibit D** describes how federal, state, or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

**Exhibit E** describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION

The undersigned, having reviewed the First Entity Report for Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury

that to the best of his knowledge, (i) this Periodic Report and the attached First Entity Reports are complete, accurate, and truthful to the best of his knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

DATED this 27 day of April, 2020.

TIMOTHY A. DAVIS
Debtor in Possession

PATRICIA A. DAVIS
Debtor in Possession

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 27th day of April, 2020, I filed the foregoing FIRST PERIODIC REPORT REGARDING VALUE, OPERATIONS, AND PROFITABILTY OF ENTITIES IN WHICH THE ESTATE OF TIMOTHY A. DAVIS AND PATRICIA A. DAVIS HOLD A SUBSTANTIAL OR CONTROLLING INTEREST electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jesse A.P. Baker | ecfidb@aldridgepite.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| Matthew Todd Christensen | mtc@angstman.com |
| Derrick J. O'Neill | doneill@idalaw.com |
| Gary L. Rainsdon | trustee@filertel.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |

Any others as listed on the Court's ECF Notice.


/s/ Chad Moody
Chad R. Moody

# TAB 1

# Davis Technology Solutions, LLC

**EXHIBIT A**

**Financial Statements for Davis Technology Solutions, LLC**

**A-1:    Balance Sheet for Davis Technology Solutions, LLC**

**A-2:    Statement of Income for Davis Technology Solutions, LLC**

**A-3:    Statement of Cash Flows for Davis Technology Solutions, LLC**

**A-4:    Statement of Changes in Member Equity for Davis Technology Solutions, LLC**


Source of Information: The financial statements listed above and provided herein are generated from records kept by Davis Technology Solutions, LLC and based on the personal knowledge of Timothy Davis, owner of Davis Technology Solutions, LLC.

Debtor in Possession.

## EXHIBIT A-1

### <u>Balance Sheet for Davis Technology Solutions, LLC</u>

Balance Sheet for YE 2019 and Q1 2020

(Attached)

# Davis Tech

## BALANCE SHEET

### As of December 31, 2019

|  | JAN - DEC 2019 |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| BofA Checking | 0.00 |
| BofA Savings - 4329 | -24.90 |
| BofA Savings - 4332 | -24.94 |
| BofA Savings - 4345 | 117.48 |
| Cash | 0.00 |
| Chase Checking (8907) | 0.00 |
| PayPal | -228,839.94 |
| PayPal Reserves | 27,005.19 |
| **Total Bank Accounts** | **$ -201,767.11** |
| Other Current Assets | |
| Uncategorized Asset | 0.00 |
| **Total Other Current Assets** | **$0.00** |
| **Total Current Assets** | **$ -201,767.11** |
| Fixed Assets | |
| 2013 Golf Cart - Purch. 2/17/16 | 5,052.50 |
| Accumulated Depreciation | -155,820.00 |
| Automobile | 84,661.91 |
| Fixed Assets | 192,056.55 |
| **Total Fixed Assets** | **$125,950.96** |
| **TOTAL ASSETS** | **$ -75,816.15** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| Amazon Prime Store Card - Pat | 9,433.53 |
| Amazon Prime Store Card - Tim | 16,619.68 |
| American Express | 0.00 |
| AMEX Plum Card | 131,747.07 |
| Capital One Spark Business Card | 53,023.84 |
| **Total Credit Cards** | **$210,824.12** |
| Other Current Liabilities | |
| Kabbage | 119,434.84 |
| Owner Loan | 8,995.18 |
| Payroll Liabilities | 0.00 |
| Sales Tax Payable | 0.00 |
| **Total Other Current Liabilities** | **$128,430.02** |
| **Total Current Liabilities** | **$339,254.14** |
| **Total Liabilities** | **$339,254.14** |

# Davis Tech

### BALANCE SHEET

As of December 31, 2019

| | JAN - DEC 2019 |
|---|---|
| Equity | |
| Distributions | 351.56 |
| Income Taxes Paid | -918.15 |
| Member Draw | -430,040.24 |
| **Total Distributions** | **-430,606.83** |
| Opening Balance Equity | 0.00 |
| Retained Earnings | 186,779.98 |
| Net Income | -171,243.44 |
| **Total Equity** | **$ -415,070.29** |
| **TOTAL LIABILITIES AND EQUITY** | **$ -75,816.15** |

# Davis Tech

### BALANCE SHEET

As of March 31, 2020

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| BofA Checking | 0.00 |
| BofA Savings - 4329 | 0.00 |
| BofA Savings - 4332 | -15.00 |
| BofA Savings - 4345 | 27.64 |
| Cash | 0.00 |
| Chase Checking (8907) | 0.00 |
| PayPal | -228,839.94 |
| PayPal Reserves | 27,005.19 |
| **Total Bank Accounts** | **$ -201,822.11** |
| Other Current Assets | |
| Uncategorized Asset | 0.00 |
| **Total Other Current Assets** | **$0.00** |
| **Total Current Assets** | **$ -201,822.11** |
| Fixed Assets | |
| 2013 Golf Cart - Purch. 2/17/16 | 5,052.50 |
| Accumulated Depreciation | -155,820.00 |
| Automobile | 84,661.91 |
| Fixed Assets | 192,056.55 |
| **Total Fixed Assets** | **$125,950.96** |
| **TOTAL ASSETS** | **$ -75,871.15** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| Amazon Prime Store Card - Pat | 9,433.53 |
| Amazon Prime Store Card - Tim | 16,619.68 |
| American Express | 0.00 |
| AMEX Plum Card | 131,747.07 |
| Capital One Spark Business Card | 53,023.84 |
| **Total Credit Cards** | **$210,824.12** |
| Other Current Liabilities | |
| Kabbage | 123,835.84 |
| Owner Loan | 8,995.18 |
| Payroll Liabilities | 0.00 |
| Sales Tax Payable | 0.00 |
| **Total Other Current Liabilities** | **$132,831.02** |
| **Total Current Liabilities** | **$343,655.14** |
| **Total Liabilities** | **$343,655.14** |

# Davis Tech

## BALANCE SHEET

### As of March 31, 2020

|  | TOTAL |
|---|---|
| Equity | |
|   Distributions | 351.56 |
|     Income Taxes Paid | -918.15 |
|     Member Draw | -430,040.24 |
|   **Total Distributions** | **-430,606.83** |
|   Opening Balance Equity | 0.00 |
|   Retained Earnings | 15,536.54 |
|   Net Income | -4,456.00 |
| **Total Equity** | **$ -419,526.29** |
| **TOTAL LIABILITIES AND EQUITY** | **$ -75,871.15** |

## EXHIBIT A-2

## <u>Statement of Income for Davis Technology Solutions, LLC</u>

Income Statement for YE 2019 and Q1 2020

(Attached)

# Davis Tech

### PROFIT AND LOSS

January - December 2019

| | TOTAL |
|---|---|
| Income | |
|   Cash Back and Rebates | 3,511.99 |
|   Sales | 2,878,786.92 |
|   Services | 1,255.99 |
| **Total Income** | **$2,883,554.90** |
| Cost of Goods Sold | |
|   Cost of Goods Sold | 2,666,475.89 |
|   PayPal Fees | 107,853.84 |
|   Supplies & Materials - COGS | 389.98 |
| **Total Cost of Goods Sold** | **$2,774,719.71** |
| **GROSS PROFIT** | **$108,835.19** |
| Expenses | |
|   Advertising | 380.01 |
|   ASK | 37,270.15 |
|   Automobile Expenses | 1,774.41 |
|   Automobile Lease | 65,976.95 |
|   Bank Charges | 10,349.83 |
|   Computer Expenses | 4,782.61 |
|   Conference | 1,048.00 |
|   Dues & Subscriptions | 9,354.40 |
|   Insurance | 14,323.21 |
|   Interest Expense | 31,072.95 |
|   Legal & Professional Fees | 6,675.00 |
|   Meals | 813.21 |
|   Moving Expenses | 82.00 |
|   Office Expenses | -18,069.59 |
|   Other General and Admin Expenses | 132.50 |
|   Payroll Taxes | 6,422.38 |
|   Promotional | 733.05 |
|   Shipping and delivery expense | 1,123.60 |
|   Software As A Service | 2,766.00 |
|   Taxes & Licenses | 27,597.53 |
|   Telephone | 3,331.53 |
|   Travel | 1,266.87 |
|   Travel Meals | 239.76 |
|   Utilities | 2,560.05 |
|   Wages and Salaries | 68,072.50 |
| **Total Expenses** | **$280,078.91** |
| **NET OPERATING INCOME** | **$ -171,243.72** |

# Davis Tech

### PROFIT AND LOSS

January - December 2019

|  | TOTAL |
|---|---|
| Other Income |  |
|   Interest Earned | 0.28 |
| **Total Other Income** | **$0.28** |
| NET OTHER INCOME | **$0.28** |
| NET INCOME | **$ -171,243.44** |

# Davis Tech

### PROFIT AND LOSS

January - March, 2020

| | TOTAL |
|---|---|
| Income | |
| **Total Income** | |
| GROSS PROFIT | **$0.00** |
| Expenses | |
|   Bank Charges | 55.00 |
|   Interest Expense | 4,401.00 |
| **Total Expenses** | **$4,456.00** |
| NET OPERATING INCOME | **$ -4,456.00** |
| NET INCOME | **$ -4,456.00** |

**EXHIBIT A-3**

**<u>Statements of Cash Flows for Davis Technology Solutions, LLC</u>**

Cash Flow Statement for YE 2019 and Q1 2020

(Attached)

# Davis Tech

## STATEMENT OF CASH FLOWS

### January - December 2019

| | TOTAL |
|---|---:|
| OPERATING ACTIVITIES | |
| Net Income | -171,243.44 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | 0.00 |
| Amazon Prime Store Card - Pat | -580.24 |
| Amazon Prime Store Card - Tim | -312.85 |
| AMEX Plum Card | -40,158.93 |
| Capital One Spark Business Card | -15,043.44 |
| Kabbage | 36,858.55 |
| Owner Loan | -4,676.17 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-23,913.08** |
| **Net cash provided by operating activities** | **$ -195,156.52** |
| FINANCING ACTIVITIES | |
| Distributions | -4,752.24 |
| Distributions:Member Draw | -85,363.31 |
| **Net cash provided by financing activities** | **$ -90,115.55** |
| **NET CASH INCREASE FOR PERIOD** | **$ -285,272.07** |
| Cash at beginning of period | 83,504.96 |
| CASH AT END OF PERIOD | **$ -201,767.11** |

# Davis Tech

## STATEMENT OF CASH FLOWS

January - March, 2020

| | TOTAL |
|---|---|
| OPERATING ACTIVITIES | |
|   Net Income | -4,456.00 |
|   Adjustments to reconcile Net Income to Net Cash provided by operations: | 0.00 |
|   Kabbage | 4,401.00 |
|   **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **4,401.00** |
| **Net cash provided by operating activities** | **$ -55.00** |
| NET CASH INCREASE FOR PERIOD | **$ -55.00** |
| Cash at beginning of period | -201,767.11 |
| CASH AT END OF PERIOD | **$ -201,822.11** |

**EXHIBIT A-4**

**Statement of Changes in Member Equity for Davis Technology Solutions, LLC**

     Davis Technology Solutions, LLC does not maintain a statement of changes to member equity.

**EXHIBIT B**

**<u>Description of Operations for Davis Technology Solutions, LLC</u>**

Davis Technology Solutions, LLC is wholly owned by the Debtors and was created in 2014.  Davis Technology Solutions, LLC was recently dissolved in April 2020.  Davis Technology Solutions, LLC was formally an online sales company in the business of selling  general merchandise on eBay Inc.

Source of Information: based on the personal knowledge of Timothy Davis, owner of Davis Technology Solutions, LLC.

**EXHIBIT C**

**<u>Description of Intercompany Claims</u>**

There are no known claims by Davis Technology Solutions, LLC against any other Controlled Non-Debtor Entity.

Source of Information: based on the personal knowledge of Timothy Davis, owner of Davis Technology Solutions, LLC.

**EXHIBIT D**

**Allocation of Tax Liabilities and Assets**

There are no tax sharing or tax allocation agreements by Davis, Technology Solutions, LLC to which the entity is a party with any other Controlled Non-Debtor Entity.

Source of Information: based on the personal knowledge of Timothy Davis, owner of Davis, Technology Solutions, LLC.

**EXHIBIT E**

**Description of Controlled Non-Debtor Entity's Payments of administrative Expenses, Or
Professional Fees Otherwise Payable by the Debtor**

An accountant assisted with the preparation of the entity financial reports. The accountant's fees were paid by the companies who generated the report.

There are no payments made, or obligations incurred (claims purchased) by Davis Technology Solutions, LLC in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against the Debtors.

Source of Information: based on the personal knowledge of Timothy Davis, owner of Davis Technology Solutions, LLC.

# TAB 2

# TPD Holdings, LLC

**EXHIBIT A**

**Financial Statements for TPD Holdings, LLC**

**A-1:   Balance Sheet for TPD Holdings, LLC**

**A-2:   Statement of Income for TPD Holdings, LLC**

**A-3:   Statement of Cash Flows for TPD Holdings, LLC**

**A-4:   Statement of Changes in Member Equity for TPD Holdings, LLC**

Source of Information: The financial statements listed above and provided herein are generated from records kept by TPD Holdings, LLC and based on the personal knowledge of Timothy Davis, owner of TPD Holdings, LLC.

Debtor in Possession.

**EXHIBIT A-1**

<u>**Balance Sheet for TPD Holdings, LLC**</u>

As of March 31, 2020

(Attached)

# TPD Holdings, LLC

## BALANCE SHEET

As of March 31, 2020

|  | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| WF Checking 2758 | 115.00 |
| WF Checking 2766 | 95.00 |
| WF Checking 2774 | 95.00 |
| WF Checking 2782 | 8,223.77 |
| WF Checking 2790 | 4,001.02 |
| WF Checking 2808 | 195.00 |
| WF Checking 2816 | 1,720.78 |
| WF Checking 2824 | 2,326.97 |
| WF Checking 2832 | 468.92 |
| WF Checking 6928 | 116.26 |
| **Total Bank Accounts** | **$17,357.72** |
| **Total Current Assets** | **$17,357.72** |
| **TOTAL ASSETS** | **$17,357.72** |
| **LIABILITIES AND EQUITY** | |
| **Total Liabilities** | |
| Equity | |
| Opening Balance Equity | 250.00 |
| Owner's Investment | 4,060.00 |
| Owner's Pay & Personal Expenses | -58,664.20 |
| Retained Earnings | -2,568.11 |
| Net Income | 74,280.03 |
| **Total Equity** | **$17,357.72** |
| **TOTAL LIABILITIES AND EQUITY** | **$17,357.72** |

**EXHIBIT A-2**

**<u>Statement of Income for TPD Holdings, LLC</u>**

As of March 31, 2020

(Attached)

# TPD Holdings, LLC

### PROFIT AND LOSS

January - March, 2020

|  | TOTAL |
|---|---|
| Income |  |
| Sales | 295,170.33 |
| **Total Income** | **$295,170.33** |
| Cost of Goods Sold |  |
| Cost of Goods Sold | 200,159.93 |
| **Total Cost of Goods Sold** | **$200,159.93** |
| **GROSS PROFIT** | **$95,010.40** |
| Expenses |  |
| Bank Charges & Fees | 1,297.48 |
| Computer & Internet | 200.86 |
| Contractors | 7,486.14 |
| Dues & subscriptions | 1,913.87 |
| Meals & Entertainment | 4,099.90 |
| Office Expense | 2,321.11 |
| Office Supplies & Software | 3,147.11 |
| Postage | 163.18 |
| Seller Fees | 84.47 |
| Seminars | 16.25 |
| **Total Expenses** | **$20,730.37** |
| **NET OPERATING INCOME** | **$74,280.03** |
| **NET INCOME** | **$74,280.03** |

**EXHIBIT A-3**

**<u>Statements of Cash Flows for TPD Holdings, LLC</u>**

As of March 31, 2020

(Attached)

# TPD Holdings, LLC

STATEMENT OF CASH FLOWS

January - March, 2020

| | TOTAL |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | 74,280.03 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| **Net cash provided by operating activities** | **$74,280.03** |
| FINANCING ACTIVITIES | |
| Owner's Investment | 500.00 |
| Owner's Pay & Personal Expenses | -57,914.20 |
| **Net cash provided by financing activities** | **$ -57,414.20** |
| NET CASH INCREASE FOR PERIOD | **$16,865.83** |
| Cash at beginning of period | 491.89 |
| CASH AT END OF PERIOD | **$17,357.72** |

**EXHIBIT A-4**

**Statement of Changes in Member Equity for TPD Holdings, LLC**

TPD Holdings, LLC does not maintain a statement of changes to member equity.

**EXHIBIT B**

**Description of Operations for TPD Holdings, LLC**

    TPD Holdings, LLC is wholly owned by the Debtors.  TPD Holdings, LLC was created in 2019 with no business activity until January 2020.  TPD Holdings, LLC is a holding company for four online sales operation entities, Lickety Split LLC, Swiftsy LLC, Hot Beans LLC, Ding-A-Ling Services LLC.


Source of Information: based on the personal knowledge of Timothy Davis, owner of TPD Holdings, LLC.

**EXHIBIT C**

**<u>Description of Intercompany Claims</u>**

There are no known claims by TPD Holdings, LLC against any other Controlled Non-Debtor Entity.

Source of Information: based on the personal knowledge of Timothy Davis, owner of TPD Holdings, LLC.

**EXHIBIT D**

**Allocation of Tax Liabilities and Assets**

There are no tax sharing or tax allocation agreements by TPD Holdings, LLC to which the entity is a party with any other Controlled Non-Debtor Entity.  However, for purposes of tax and accounting, Lickety Split LLC, Swiftsy LLC, Hot Beans LLC, Ding-A-Ling Services LLC, are disregarded entities wholly owned by TPD Holdings, LLC.  Each sales entities' financial data are rolled up into TPD Holdings, LLC.

Source of Information: based on the personal knowledge of Timothy Davis, owner of TPD Holdings, LLC.

**EXHIBIT E**

**Description of Controlled Non-Debtor Entity's Payments of administrative Expenses, Or
Professional Fees Otherwise Payable by the Debtor**

An accountant assisted with the preparation of the entity financial reports. The accountant's fees were paid by the companies who generated the report.

There are no payments made, or obligations incurred (claims purchased) by TPD Holdings, LLC in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against the Debtors.

Source of Information: based on the personal knowledge of Timothy Davis, owner of TPD Holdings, LLC.

# TAB 3

# Lickety Split, LLC

**EXHIBIT A**

**Financial Statements for Lickety Split, LLC**

Lickety Split, LLC is treated as a disregarded entity owned by TPD Holdings. As such, its financials are all rolled up into TPD Holdings, LLC for tax and bookkeeping purposes. Also, Lickety Split, LLC is a recently created entity that does not have separate financial reports at this time.

Source of Information: based on the personal knowledge of Timothy Davis, owner of Lickety Split, LLC's holding company, TPD Holdings, LLC.

Debtor in Possession.

**EXHIBIT B**

**Description of Operations for Lickety Split, LLC**

Lickety Split, LLC is wholly owned by TPD Holdings, LLC.  Lickety Split, LLC began its business activity in early 2020.  Lickety Split, LLC is an online sales company in the business of selling general merchandise online on Walmart Marketplace, Google Shopping, and eBay, Inc. Lickety Split, LLC also sells used books on Amazon.com.


Source of Information: based on the personal knowledge of Timothy Davis, owner of Lickety Split, LLC's holding company, TPD Holdings, LLC.

**EXHIBIT C**

**<u>Description of Intercompany Claims</u>**

There are no known claims by Lickety Split, LLC against any other Controlled Non-Debtor Entity.


Source of Information: based on the personal knowledge of Timothy Davis, owner of Lickety Split, LLC's holding company, TPD Holdings, LLC.

**EXHIBIT D**

**<u>Allocation of Tax Liabilities and Assets</u>**

There are no tax sharing or tax allocation agreements by Lickety Split, LLC to which the entity is a party with any other Controlled Non-Debtor Entity.  Lickety Split, LLC is treated as a disregarded entity wholly owned by TPD Holdings, LLC.  As such Lickety Split, LLC's financials are all rolled up into TPD Holdings, LLC for tax and bookkeeping purposes.

Source of Information: based on the personal knowledge of Timothy Davis, owner of Lickety Split, LLC's holding company, TPD Holdings, LLC.

**EXHIBIT E**

**Description of Controlled Non-Debtor Entity's Payments of administrative Expenses, Or
Professional Fees Otherwise Payable by the Debtor**

An accountant assisted with the preparation of the entity financial reports. The accountant's fees were paid by the companies who generated the report.

There are no payments made, or obligations incurred (claims purchased) by Lickety Split, LLC in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against the Debtors.

Source of Information: based on the personal knowledge of Timothy Davis, owner of Lickety Split, LLC's holding company, TPD Holdings, LLC.

# TAB 4

# Hot Beans, LLC

**EXHIBIT A**

**Financial Statements for Hot Beans, LLC**

Hot Beans, LLC is treated as a disregarded entity owned by TPD Holdings. As such its financials are all rolled up into TPD Holdings, LLC for tax and bookkeeping purposes. Also, Hot Beans, LLC is a recently created entity that does not have separate financial reports at this time.

Source of Information: based on the personal knowledge of Timothy Davis, owner of Hot Beans, LLC's holding company, TPD Holdings, LLC.

Debtor in Possession.

**EXHIBIT B**

**<u>Description of Operations for Hot Beans, LLC</u>**

     Hot Beans, LLC is wholly owned by TPD Holdings, LLC.  Hot Beans, LLC began its business activity in early 2020.  Hot Beans, LLC is an online sales company in the business of selling general merchandise online on the Wish.com marketplace.

Source of Information: based on the personal knowledge of Timothy Davis, owner of Hot Beans, LLC's holding company, TPD Holdings, LLC.

**EXHIBIT C**

**Description of Intercompany Claims**

There are no known claims by Hot Beans, LLC against any other Controlled Non-Debtor Entity.


Source of Information: based on the personal knowledge of Timothy Davis, owner of Hot Beans, LLC's holding company, TPD Holdings, LLC.

**EXHIBIT D**

**Allocation of Tax Liabilities and Assets**

There are no tax sharing or tax allocation agreements by Hot Beans, LLC to which the entity is a party with any other Controlled Non-Debtor Entity Hot Beans, LLC C is treated as a disregarded entity wholly owned by TPD Holding, LLC.  As such Hot Beans, LLC's financials are all rolled up into TPD Holdings, LLC for tax and bookkeeping purposes.

Source of Information: based on the personal knowledge of Timothy Davis, owner of Hot Beans, LLC's holding company, TPD Holdings, LLC.

**EXHIBIT E**

**<u>Description of Controlled Non-Debtor Entity's Payments of administrative Expenses, Or
Professional Fees Otherwise Payable by the Debtor</u>**

An accountant assisted with the preparation of the entity financial reports.  The accountant's fees were paid by the companies who generated the report.

There are no payments made, or obligations incurred (claims purchased) by Hot Beans, LLC in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against the Debtors.

Source of Information: based on the personal knowledge of Timothy Davis, owner of Hot Beans, LLC's holding company, TPD Holdings, LLC.

# TAB 5

# Ding-A-Ling Services, LLC

## EXHIBIT A

### <u>Financial Statements for Ding-A-Ling Services, LLC</u>

Ding-A-Ling is currently non-operational.  When activated, Ding-A-Ling Services, LLC will be treated as a disregarded entity owned by TPD Holdings.  As such its financials will be rolled up into TPD for tax and bookkeeping purposes.

Source of Information: based on the personal knowledge of Timothy Davis, owner of Ding-A-Ling Services, LLC's holding company, TPD Holdings, LLC.

Debtor in Possession.

**EXHIBIT B**

**Description of Operations for Ding-A-Ling Services, LLC**

Ding-A-Ling Services, LLC is wholly owned by TPD Holdings, LLC.  Ding-A-Ling is currently non-operational.  Ding-A-Ling Services is expected to engage in online sales of general merchandise on a yet to be decided online marketplace.

Source of Information: based on the personal knowledge of Timothy Davis, owner of Ding-A-Ling Services, LLC's holding company, TPD Holdings, LLC.

**EXHIBIT C**

**Description of Intercompany Claims**

Ding-A-Ling is currently non-operational.  There are no known claims by Ding-A-Ling Services, LLC against any other Controlled Non-Debtor Entity.


Source of Information: based on the personal knowledge of Timothy Davis, owner of Ding-A-Ling Services, LLC's holding company, TPD Holdings, LLC.

**EXHIBIT D**

**Allocation of Tax Liabilities and Assets**

Ding-A-Ling is currently non-operational. There are no tax sharing or tax allocation agreements by Ding-A-Ling Services, LLC to which the entity is a party with any other Controlled Non-Debtor Entity Ding-A-Ling Services, LLC C will be treated as a disregarded entity wholly owned by TPD Holding, LLC.  As such Ding-A-Ling Services, LLC's financials will be rolled up into TPD Holdings, LLC for tax and bookkeeping purposes.

Source of Information: based on the personal knowledge of Timothy Davis, owner of Ding-A-Ling Services, LLC's holding company, TPD Holdings, LLC.

**EXHIBIT E**

**Description of Controlled Non-Debtor Entity's Payments of administrative Expenses, Or
Professional Fees Otherwise Payable by the Debtor**

An accountant assisted with the preparation of the entity financial reports. The accountant's fees were paid by the companies who generated the report.

There are no payments made, or obligations incurred (claims purchased) by Ding-A-Ling, LLC in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against the Debtors.

Source of Information: based on the personal knowledge of Timothy Davis, owner of Ding-A-Ling Services, LLC's holding company, TPD Holdings, LLC.

# TAB 6

# Swiftsy, LLC

**EXHIBIT A**

**Financial Statements for Swiftsy, LLC**

Swiftsy, LLC is treated as a disregarded entity owned by TPD Holdings. As such, its financials are all rolled up into TPD Holdings, LLC for tax and bookkeeping purposes. Also, Swiftsy, LLC is a recently created entity that does not have separate financial reports at this time.

Source of Information: based on the personal knowledge of Timothy Davis, owner of Swiftsy, LLC's holding company, TPD Holdings, LLC.

Debtor in Possession.

**EXHIBIT B**

**Description of Operations for Swiftsy, LLC**

Swiftsy, LLC is wholly owned by TPD Holdings, LLC.  Swiftsy, LLC began its business activity in early 2020.  Swiftsy, LLC is an online sales company in the business of selling general merchandise online in the Walmart Canada Marketplace.


Source of Information: based on the personal knowledge of Timothy Davis, owner of Swiftsy, LLC's holding company, TPD Holdings, LLC.

**EXHIBIT C**

**Description of Intercompany Claims**

There are no known claims by Swiftsy, LLC against any other Controlled Non-Debtor Entity.

Source of Information: based on the personal knowledge of Timothy Davis, owner of Swiftsy, LLC's holding company, TPD Holdings, LLC.

**EXHIBIT D**

**<u>Allocation of Tax Liabilities and Assets</u>**

There are no tax sharing or tax allocation agreements by Swiftsy, LLC to which the entity is a party with any other Controlled Non-Debtor Entity.  Swiftsy, LLC is treated as a disregarded entity wholly owned by TPD Holding, LLC.  As such Swiftsy, LLC's financials are all rolled up into TPD Holdings, LLC for tax and bookkeeping purposes.

Source of Information: based on the personal knowledge of Timothy Davis, owner of Swiftsy, LLC's holding company, TPD Holdings, LLC.

**EXHIBIT E**

**Description of Controlled Non-Debtor Entity's Payments of administrative Expenses, Or Professional Fees Otherwise Payable by the Debtor**

An accountant assisted with the preparation of the entity financial reports. The accountant's fees were paid by the companies who generated the report.

There are no payments made, or obligations incurred (claims purchased) by Swiftsy, LLC in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against the Debtors.

Source of Information: based on the personal knowledge of Timothy Davis, owner of Swiftsy, LLC's holding company, TPD Holdings, LLC.