Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| In re: | Case No. 20-00318-JMM |
|---|---|
| TIMOTHY A. DAVIS and PATRICIA A. DAVIS, <br><br> Debtors. | Chapter 11 <br> (Subchapter V) |

### REPORT ON DEBTOR'S EFFORTS TO ATTAIN A CONSENSUAL PLAN OF REORGANIZATION

The Debtors, Tim and Patricia Davis ("Debtors"), by and through counsel, present the following report concerning their efforts to attain a consensual plan of reorganization.

1. The Debtors filed a Petition and Scheduled under Chapter 11, Subchapter V, on April 3, 2020.  At that same time, the Debtors filed a proposed Chapter 11 Plan consistent with their projected income and hypothetical Chapter 7 liquidation, and consistent with the provisions of Chapter 11, Subchapter V of the Bankruptcy Code.

2. The Debtors anticipate minimal revisions to the list of creditors and assets provided in their initial schedules.

REPORT ON DEBTORS' EFFORTS TO ATTAIN A CONSENSUAL PLAN OF REORGANIZATION – Page 1

3. The Debtors completed an Initial Debtor Interview with the U.S. Trustee's office and the Chapter 11 Trustee. The Debtors have delivered certain documents requested by the U.S. Trustee's office and the Chapter 11 Trustee and are in the process of gathering and providing additional documents. The Debtors are participating in a continued telephonic 341 Meeting of Creditors on May 18, 2020 at 3:00 p.m.

4. The Debtors, or Debtors counsel, have communicated with several creditors – all of which have not questioned the Debtors proposed plan.

5. The Debtors are reviewing the Proofs of Claim that have been filed, and anticipate slight modifications to their proposed Chapter 11 Plan prior to confirmation.

DATED this 12th day of May, 2020.

                                                            /s/ Matt Christensen
                                                    Matthew T. Christensen
                                                    Attorney for the Debtors

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 12, 2020, I filed the attached pleading with the Court via CM/ECF and the following parties were served via the Court's electronic notice:

| | |
|---|---|
| United States Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Matthew T. Christensen | mtc@angstman.com |
| Jesse A.P. Baker | ecfidb@aldridgepite.com |
| Lesley Bohleber | llueke@ecf.courtdrive.com |
| Chad Moody | chad@angstman.com |
| Derrick J. O'Neill | doniell@idalaw.com |
| Gary L. Rainsdon | trustee@filertel.com |

Others as shown on the Court's CM/ECF Notice of Electronic Filing

                                               /s/ Matt Christensen
                                               Matthew T. Christensen

REPORT ON DEBTORS' EFFORTS TO ATTAIN A CONSENSUAL PLAN OF REORGANIZATION – Page 3