## CHAPTER 11 MONTHLY OPERATING REPORT

Case No.  20-00318-JMM

Report Month/Year 05/01/2020 - 05/31/2020

Debtor    Timothy & Patricia Davis

This report is due 21 days after the end of the month.  Debtor must attach each of the required forms or documents unless the U.S. Trustee has waived  he requirement.  The report must be filed with the Court.

| The debtor has provided the following with this monthly operating report: | | Yes | No |
|---|---|---|---|
| UST-2A | Comparative Balance Sheet | X | ❏ |
| UST-2B | Comparative Income Statement | X | ❏ |
| UST-2C | Cash Receipts and Disbursements Statement | X | ❏ |
| | UST-2C Continuation Sheet for Each Account | X | ❏ |
| | Detailed List of Receipts and Disbursements for Each Account | X | ❏ |
| | Bank Statement for Each Account | X | ❏ |
| | Bank Reconciliation for Each Account | X | ❏ |
| UST-2D | Supplemental Information | X | ❏ |

*I declare under penalty of perjury that this Monthly Operating Report, and any
attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Date:  **6/15/2020**

Name: Tim Davis

Signature:  /s/ Timothy Davis

Title:

Name: Pat Davis

Signature:  /s/ Pat Davis

Title:

**CHAPTER 11 MONTHLY OPERATING REPORT - COMPARATIVE BALANCE SHEET**

| | |
|---|---|
| Case No. | 20-00318-JMM |
| Debtor | Timothy & Patricia Davis |

Report Month/Year 05/01/2020 - 05/31/2020

| | Current Month | Petition Date |
|---|---|---|
| ***ASSETS*** | | |
| Current Assets: | | |
| Cash | $ 1,931 | $ 4,782 |
| Legal Retainer | 16,801 | 16,801 |
| Other Current Assets | 0 | 0 |
| 401k | 1 | 1 |
| Total Current Assets | 18,733 | 21,584 |
| | | |
| Fixed Assets: | | |
| Home - 24 Hawley Mountain Ln | 1,000,000 | 1,000,000 |
| Form 106A/B Vehicles | 275,417 | 275,417 |
| Form 106A/B Personal Items | 8,375 | 8,375 |
| Davis Technology Solutions LLC (Disolved) | (419,526) | (419,526) |
| TPD Holdings LLC | 17,358 | 17,358 |
| Yamaha UTV | 10,675 | 10,675 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | | |
| Total Fixed Assets | 892,298 | 892,299 |
| Less: Accumulated Depreciation | ( ) | |
| Net Fixed Assets | 892,298 | 892,299 |
| | | |
| Other Assets (List): | | |
| | | |
| **TOTAL ASSETS** | $ 911,031 | $ 913,882 |
| | | |
| ***LIABILITIES*** | | |
| Accrued Legal Fees | 3,266 | 0 |
| Post-petition Taxes Payable | 0 | 0 |
| Other Post-petition Payables (List): | | |
| | | |
| Total Post Petition Liabilities | 3,266 | 0 |
| | | |
| Pre Petition Liabilities: | | |
| Secured Debt | 913,291 | 929,400 |
| Priority Debt | 45,000 | 45,000 |
| Unsecured Debt | 692,502 | 692,502 |
| | | |
| Total Pre Petition Liabilities | 1,650,793 | 1,666,903 |
| | | |
| **TOTAL LIABILITIES** | 1,654,059 | 1,666,903 |
| | | |
| ***OWNERS' EQUITY*** | | |
| Owner's/Stockholder's Equity | (743,028) | (753,020) |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| | | |
| **TOTAL OWNERS' EQUITY** | (743,028) | (753,020) |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 911,031 | $ 913,882 |

*Explain any significant changes on Form UST-2D, Supplemental Information*

**CHAPTER 11 MONTHLY OPERATING REPORT - COMPARATIVE INCOME STATEMENT**
**(Non-Business Debtor)**

Case No 20-00318-JMM                                 Report Month/Year 05/01/2020 - 05/31/2020

Debtor    Timothy & Patricia Davis

|  | Current Month | Total Post-Petition |
|---|---|---|
| **CASH INCOME** | | |
| Income from Businesses | $ 8000 | $ 24000 |
| Sale of Assets | 0 | 0 |
| Other:_____ | 0 | 0 |
| **TOTAL CASH INCOME** | $ 8000 | $ 24000 |
| **CASH EXPENSES** | | |
| Auto Loan/Lease Payments | 2513.22 | 6390.6 |
| Mortgage Payments | 4,269.42 | 8,876.07 |
| Other Secured Debt Payments | 842.22 | 842.22 |
| Personal Living Expenses | 7,070.92 | 15,287.27 |
| Professional Fees | 0 | 0 |
| UST Quarterly Fees | 0 | 0 |
| Other:_____ | | 0 |
| Other:_____ | | 0 |
| **TOTAL CASH EXPENSES** | $ 14695.78 | $ 31396.16 |
| **NET CASH INCOME** | $ -6695.78 | $ -7396.16 |

**CHAPTER 11 MONTHLY OPERATING REPORT -**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

Case No.   20-00318-JMM                                  Report Month/Year 05/01/2020 - 05/31/2020

Debtor      Timothy & Patricia Davis

| SUMMARY | | Current Month | | Total Post-Petition |
|---|---|---|---|---|
| **Beginning cash balance, per Debtor's books (all acccounts)** | $ | 8,543 | $ | 4729.01 |
| **Total cash receipts** (from UST-2C continuation sheets) | | 8000 | | 16041.29 |
| **Total cash disbursements** from (UST-2C continuation sheets) | | 14695.78 | | 12227.5 |
| **Adjustments** (from UST-2C continuation sheets) | | 83.85 | | |
| **Net cash flow** (Total cash receipts less total cash disbursements) | $ | -6611.93 | | 3813.79 |
| **Ending cash balance, per Debtor's books (all accounts)** | $ | 1930.87 | $ | 8542.8 |

*Attach a UST-2C continuation sheet for each bank account and for any petty cash account.*

**CHAPTER 11 MONTHLY OPERATING REPORT -**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No.  20-00318-JMM                                    Report Month/Year 05/01/2020 - 05/31/2020
Debtor    Timothy & Patricia Davis

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**          Wells Fargo DIP Checking
**Account number:**                  7411

| | | |
|---|---|---:|
| **Beginning cash balance, per Debtor's books** | $ | 8,543 |
| Add:  Transfers in from other estate bank accounts | | 0 |
| Cash receipts deposited to this account | | 8000 |
| Subtract:  Transfers out to other estate bank accounts | | 0 |
| **Cash disbursements** from this account | | 14695.78 |
| Adjustments, if any (explain): Purchases returned to store | | 83.85 |
| **Net cash flow** | $ | -6611.93 |
| (receipts and transfers in less disbursements and transfers out) | | |
| **Ending cash balance, per Debtor's books** | $ | 1930.87 |
| (beginning balance plus net cash flow) | | |

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|:---:|:---:|
| ● Detailed list of receipts and disbursements | X | |
| ● Bank statement | X | |
| ● Bank reconciliation | | X |

**CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION**

Case No. _____ 20-00318-JMM _____    Report Month/Year  05/01/2020 - 05/31/2020

Debtor _____ Timothy & Patricia Davis _____

**Reconciliation of Unpaid Post-Petition Taxes**

| Type of tax | 1<br>Unpaid post-petition taxes from prior reporting month | 2<br>Post-petition taxes accrued this month (new obligations) | 3<br>Post-petition tax payments made this reporting month | 4<br>Unpaid post-petition taxes at end of reporting month (col. 1+2-3) |
|---|---|---|---|---|
| **Federal** | | | | |
| Employee income tax withheld | | | | 0 |
| Employee FICA taxes withheld | | | | 0 |
| Employer FICA taxes | | | | 0 |
| Unemployment taxes | | | | 0 |
| Other:_____ | | | | 0 |
| **State** | | | | |
| Sales, use & excise taxes | | | | 0 |
| Unemployment taxes | | | | 0 |
| Other:_____ | | | | 0 |
| **Local** | | | | |
| Personal property taxes | | | | 0 |
| Real property taxes | | | | 0 |
| Other:_____ | | | | 0 |
| **Total unpaid post-petition taxes** | | | | 0 |

**Payments to Attorneys and Other Professionals** (requires court approval)

| Professional's name | Type of services | Amount paid this month | Date of court approval | Balance unpaid at end of month, net of retainer |
|---|---|---|---|---|
| Angstman Johnson | Legal | 0 | | 0 |
| | | | | |
| | | | | |
| | | | | |

**Payments to Principals of Debtor and Other Insiders** (includes officers, directors, shareholders, partners, members, relatives, etc.)

| Payee's name | Position with or relationship to Debtor | Amount paid this month | Purpose of payment (e.g., wages or salary, expense reimbursement, loan repayment, advance, draw, bonus, |
|---|---|---|---|
| Matt Hughes | Son | 52 | Reimbursement for food pickup |
| | | | |
| | | | |
| | | | |

**Insurance Coverage Summary**

| Type of insurance | Insurance carrier | Amount of coverage | Policy expiration date | Premium paid through date |
|---|---|---|---|---|
| Workers' compensation | | | | |
| General liability | | | | |
| Property (fire, theft, etc.) | Travelers | 2,127,800 | 4/14/2021 | 4/14/2021 |
| Vehicle | Travelers | Actual Cash Value | 4/14/2021 | 4/14/2021 |
| Umbrella | Travelers | 3,000,000 | 7/18/2020 | 7/18/2020 |
| Other: | | | | |
| *If any policies were renewed or replaced during reporting period, attach new certificate of insurance.* | | | | |

**CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION**

Case No._____ 20-00318-JMM                    Report Month/Year ___05/01/2020 - 05/31/2020___
Debtor_____ Timothy & Patricia Davis

**Accounts Receivable Aging Summary** (attach detailed aging report)

|  | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Pre-petition receivables |  |  |  |  | 0 |
| Post-petition receivables |  |  |  |  | 0 |
| Total | 0 | 0 | 0 | 0 | 0 |

**Post-Petition Accounts Payable Aging Summary** (attach detailed aging report)

|  | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Trade Payables |  |  |  |  | 0 |
| Other Payables |  |  |  |  | 0 |
| Total | 0 | 0 | 0 | 0 | 0 |

**Personnel Changes**

|  | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month |  |  |
| Number of employees at end of month |  |  |

**Other Information**

|  | Yes | No |
|---|---|---|
| **Payment of Pre-Petition Debts** <br> Did Debtor pay any unsecured pre-petition debts during the reporting month? *If yes, attach a detailed explanation including the payee, amount paid, and date of court approval.* |  | X |
| **Sale of Assets** <br> Did Debtor, or another party on behalf of Debtor, sell, transfer, or otherwise dispose of any assets outside of the ordinary course of Debtor's business during the reporting month? *If yes, attach a report of sale or settlement statement, or detailed explanation including description of asset sold, purchase, sale price, net proceeds received, and date of court approval*. |  | X |
| **Post-Petition Financing** <br> Did Debtor borrow any money outside of the ordinary course of business during the reporting month? *If yes, attach a detailed explanation including the name of the lender, the amount borrowed, and the date of court approval.* |  | X |

**Narrative**
*Provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period; any unusual or non-recurring accounting transactions that are reported in the financial statements; any significant changes in the financial condition of the debtor; and any progress made toward confirmation of a plan during the month.*

Adjustment made to secured asset line item in balance sheet to include Yamaha UTV value.

# Wells Fargo Everyday Checking

May 31, 2020 ■ Page 1 of 8



TIMOTHY DAVIS
PATRICIA DAVIS
DEBTOR IN POSSESSION
CH11 CASE #20-00318 (ID)
24 HAWLEY MOUNTAIN LN
HORSESHOE BEND ID 83629-8113

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (113)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✔ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✔ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✔ | Overdraft Service | ✔ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $8,542.80 |
| Deposits/Additions | 8,083.85 |
| Withdrawals/Subtractions | - 14,695.78 |
| **Ending balance on 5/31** | **$1,930.87** |

Account number: ████7411

**TIMOTHY DAVIS**
**PATRICIA DAVIS**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-00318 (ID)**

*Idaho account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  124103799

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Purchase authorized on 04/29 Amzn Mktp US*Ib14P Amzn.Com/Bill WA S460120403013917 Card 8099 | | 34.97 | |
| 5/1 | | Purchase authorized on 04/29 Amazon.Com*C59Pu99 Amzn.Com/Bill WA S300120637347403 Card 8099 | | 5.17 | |
| 5/1 | | Purchase authorized on 04/29 Amazon.Com*Xz98V9K Amzn.Com/Bill WA S300120637499790 Card 8099 | | 11.06 | |
| 5/1 | | Purchase authorized on 04/29 Amazon.Com*9T8M22L Amzn.Com/Bill WA S460120637545322 Card 8099 | | 12.07 | |
| 5/1 | | Purchase authorized on 04/30 Amzn Mktp US*8M4O0 Amzn.Com/Bill WA S380121259208330 Card 8099 | | 18.01 | 8,461.52 |
| 5/4 | | Purchase authorized on 04/30 Google *Prineside G.CO/Helppay# CA S380122119558559 Card 8943 | | 10.47 | |
| 5/4 | | Purchase authorized on 04/30 Google *Prineside G.CO/Helppay# CA S580122120015470 Card 8943 | | 3.14 | |
| 5/4 | | Purchase authorized on 04/30 Samsungelectronics WWW.Samsung.C NJ S580122146477344 Card 8943 | | 1.55 | |
| 5/4 | | Purchase authorized on 05/01 Locking Horns Rive Horseshoe Ben ID S300123078647832 Card 8099 | | 19.44 | |
| 5/4 | | Purchase authorized on 05/02 Amzn Mktp US*Tw0Yt Amzn.Com/Bill WA S580123542402327 Card 8099 | | 21.19 | |
| 5/4 | | Purchase authorized on 05/02 Little Caesars 127 208-323-1520 ID S300123813025717 Card 8099 | | 57.77 | |
| 5/4 | | Purchase authorized on 05/02 Chevron 0207587 Horseshoe Ben ID S380123821684325 Card 8943 | | 6.61 | |
| 5/4 | | Transfer to Hughes Matthew on 05/02 Ref #Pp0838Xhhl Lunch Money | | 52.00 | |
| 5/4 | | Purchase authorized on 05/02 ID Liquor Store #1 Eagle ID S460123858883675 Card 8943 | | 54.01 | |
| 5/4 | | Purchase authorized on 05/03 Newshosting.Com 602-7151629 FL S380124271995072 Card 8943 | | 9.99 | |
| 5/4 | | Purchase authorized on 05/03 Winco Foods #27 3032 E St Eagle ID P00380124856799054 Card 8943 | | 11.64 | |
| 5/4 | | Td Auto Finance Web Pay 200501 0001103043321 Timothy A Davis | | 1,259.95 | 6,953.76 |
| 5/5 | | Purchase authorized on 05/02 Bed Bath & Beyond 973-785-4333 NJ S580124178075581 Card 8099 | | 84.79 | |
| 5/5 | | Purchase authorized on 05/04 Russell H Griffith 208-4331736 ID S300125588763129 Card 8099 | | 40.00 | |
| 5/5 | | Purchase authorized on 05/04 Target 0000 Boise ID S380126107600102 Card 8943 | | 2.64 | 6,826.33 |
| 5/6 | | Purchase authorized on 05/04 Olive Garden 00212 Boise ID S580126042397664 Card 8943 | | 151.11 | |
| 5/6 | | Purchase authorized on 05/04 Identity Protectio 877-6943367 MA S580126180108524 Card 8943 | | 48.15 | |
| 5/6 | | Purchase authorized on 05/06 The Home Depot #1809 Eagle ID P00460127863517175 Card 8943 | | 476.56 | 6,150.51 |
| 5/7 | | Purchase authorized on 04/29 Amazon.Com*JJ4Hh4D Amzn.Com/Bill WA S380120637492632 Card 8099 | | 28.27 | |
| 5/7 | | Purchase authorized on 05/02 Amazon.Com*Pk0Cx22 Amzn.Com/Bill WA S380124104524336 Card 8099 | | 10.59 | |
| 5/7 | | Purchase authorized on 05/03 Amzn Mktp US*Oc6Eo Amzn.Com/Bill WA S300125228843706 Card 8099 | | 31.79 | |
| 5/7 | | Purchase authorized on 05/03 Amzn Mktp US*Mc8Qu Amzn.Com/Bill WA S580125228959723 Card 8099 | | 14.83 | |
| 5/7 | | Purchase authorized on 05/03 Amazon.Com*H36I41S Amzn.Com/Bill WA S300125229002804 Card 8099 | | 10.19 | |
| 5/7 | | Purchase authorized on 05/03 Amzn Mktp US*0Z7B8 Amzn.Com/Bill WA S580125229098494 Card 8099 | | 15.88 | |
| 5/7 | | Purchase authorized on 05/05 Amzn Mktp US*Gb0Gs Amzn.Com/Bill WA S300126784189577 Card 8099 | | 8.47 | |

May 31, 2020  ■  Page 3 of 8



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/7 | | Purchase authorized on 05/06 Amzn Mktp US*Yk06C Amzn.Com/Bill WA S300127500342192 Card 8099 | | 27.55 | 6,002.94 |
| 5/8 | | Purchase authorized on 05/06 Taco Bell 15345 Garden City ID S460127678467926 Card 8099 | | 11.53 | |
| 5/8 | | Purchase authorized on 05/06 Locking Horns Rive Horseshoe Ben ID S380128055945353 Card 8099 | | 24.15 | |
| 5/8 | | Purchase authorized on 05/07 Wal-Mart #2861 Garden City ID S380128664416312 Card 8099 | | 247.62 | |
| 5/8 | | Recurring Payment authorized on 05/07 Google *Life360 855-836-3987 CA S580129052901018 Card 8943 | | 2.99 | |
| 5/8 | | Withdrawal Made In A Branch/Store | | 6.00 | |
| 5/8 | | Purchase authorized on 05/08 Stinker #23 Boise ID P00000000984582151 Card 8943 | | 22.23 | 5,688.42 |
| 5/11 | | Purchase Return authorized on 05/08 Amzn Mktp US Amzn. Amzn.Com/Bill WA S610130553626520 Card 4314 | 29.67 | | |
| 5/11 | | Purchase Return authorized on 05/08 Amzn Mktp US Amzn. Amzn.Com/Bill WA S610130553626524 Card 8099 | 34.97 | | |
| 5/11 | | Purchase authorized on 05/07 Tom's Service Idaho City ID S300128813405737 Card 8943 | | 3.16 | |
| 5/11 | | Purchase authorized on 05/07 Locking Horns Rive Horseshoe Ben ID S460129076179563 Card 8943 | | 130.57 | |
| 5/11 | | Purchase authorized on 05/08 Sonora Mexican Res Horseshoe Ben ID S300130000406012 Card 8099 | | 66.10 | |
| 5/11 | | Purchase authorized on 05/09 Epic Shine Car Was Eagle ID S460130797069566 Card 8099 | | 7.00 | |
| 5/11 | | Purchase authorized on 05/09 Costco Whse #0761 Boise ID P00580130829781069 Card 8943 | | 241.35 | |
| 5/11 | | Purchase authorized on 05/09 Costco Whse #0761 Boise ID P00580130829983725 Card 8099 | | 10.55 | |
| 5/11 | | Purchase authorized on 05/09 Costco Gas #0761 Bosie ID P00460130834854010 Card 8943 | | 27.97 | |
| 5/11 | | Purchase authorized on 05/09 Jimmy Johns - 2163 Boise ID S460130844228669 Card 8099 | | 20.86 | |
| 5/11 | | Purchase authorized on 05/09 Market Street #3195 Meridian ID P00300131022753331 Card 8943 | | 175.64 | |
| 5/11 | | Purchase authorized on 05/09 Carls Jr 1101580 Eagle ID S300131040396095 Card 8099 | | 7.41 | |
| 5/11 | | Purchase authorized on 05/10 Est0761 Poolzombie.CO ID S380131630305897 Card 8943 | | 85.00 | |
| 5/11 | | Purchase authorized on 05/10 Amzn Mktp US*Um35V Amzn.Com/Bill WA S380131734564464 Card 8099 | | 48.42 | |
| 5/11 | | Purchase authorized on 05/11 The Home Depot #1809 Eagle ID P00580132738462701 Card 8099 | | 59.97 | |
| 5/11 | | Purchase authorized on 05/11 Rays Corner Mar Horseshoe Ben ID P00000000973422450 Card 8943 | | 22.77 | 4,846.29 |
| 5/12 | | Harland Clarke Check/Acc. 051120 00063997575488 Timothy A Davis | | 32.50 | |
| 5/12 | | Purchase authorized on 05/11 Etsy.Com - Everyth 718-8557955 NY S460132620706511 Card 8099 | | 38.49 | |
| 5/12 | | Recurring Payment authorized on 05/11 Amazon Prime*Mc22x Amzn.Com/Bill WA S460132664056914 Card 8099 | | 13.77 | |
| 5/12 | | Purchase authorized on 05/11 Carls Jr 1101580 Eagle ID S580132720499957 Card 8099 | | 9.52 | 4,752.01 |
| 5/13 | | Purchase authorized on 05/10 Corner Cafe Bar An Horseshoe Bnd ID S580131583938830 Card 8943 | | 25.41 | |
| 5/13 | | Recurring Payment authorized on 05/10 Google*Google Stor Internet CA S610134547315384 Card 8943 | | 2.99 | |
| 5/13 | | Purchase authorized on 05/11 McDonald's F11887 Meridian ID S460132686683507 Card 8099 | | 6.46 | |
| 5/13 | | Purchase authorized on 05/11 Locking Horns Rive Horseshoe Ben ID S580133069192062 Card 8943 | | 27.37 | |

May 31, 2020  ■  Page 4 of 8



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|-------------|--------------------|--------------------------|---------------------|
| 5/13 | | Purchase authorized on 05/12 Jimmy Johns - 1568 Boise ID S460134058751060 Card 8943 | | 27.10 | |
| 5/13 | | Purchase authorized on 05/13 Wal-Mart #2862 Meridian ID P0000000981202180 Card 8099 | | 34.86 | 4,627.82 |
| 5/14 | | Purchase authorized on 05/13 USA*Vend at Air SE Meridian ID S380134689768210 Card 8943 | | 1.50 | |
| 5/14 | | Purchase authorized on 05/13 McDonald's F23720 Meridian ID S300134695632145 Card 8099 | | 24.83 | |
| 5/14 | | Purchase authorized on 05/13 McDonald's F23720 Meridian ID S380134699370382 Card 8099 | | 6.33 | |
| 5/14 | | Purchase authorized on 05/13 WM Supercenter #28 208-373-7908 ID S300134740501619 Card 8943 | | 167.00 | |
| 5/14 | | Purchase authorized on 05/13 Rays Corner Mar Horseshoe Ben ID P00000000875784012 Card 8943 | | 41.16 | 4,387.00 |
| 5/15 | | Purchase authorized on 05/14 Maverik #006 Boise ID S380135661783269 Card 8943 | | 50.01 | |
| 5/15 | | Purchase authorized on 05/14 Jersey Mikes 43001 Boise ID S580135678397432 Card 8943 | | 42.75 | |
| 5/15 | 6460 | Check | | 3,024.65 | 1,269.59 |
| 5/18 | | Purchase Return authorized on 05/15 Aliexpress 408-7855580 CA S460091821322416 Card 4314 | 12.94 | | |
| 5/18 | | Online Transfer From Tpd Holdings, LLC Business Checking xxxxxx2832 Ref #Ib085Mwpy4 on 05/17/20 | 8,000.00 | | |
| 5/18 | | Purchase authorized on 05/14 Google*Roblox Internet CA S460135802660920 Card 8099 | | 4.99 | |
| 5/18 | | Purchase authorized on 05/15 Ulta.Com 866-983-8582 IL S580136591642474 Card 8099 | | 79.50 | |
| 5/18 | | Purchase authorized on 05/15 Amazon.Com*Mc05092 Amzn.Com/Bill WA S460136833035588 Card 8099 | | 84.22 | |
| 5/18 | | Purchase authorized on 05/15 Rays Corner Mar Horseshoe Ben ID P00000000085909860 Card 8943 | | 6.34 | |
| 5/18 | | Purchase authorized on 05/16 U-Haulnorth Bridge Emmett ID S460137604110533 Card 8943 | | 172.78 | |
| 5/18 | | Purchase authorized on 05/16 McDonald's F31936 Meridian ID S300137652161172 Card 8943 | | 17.01 | |
| 5/18 | | Purchase authorized on 05/16 Chevron/Desert Winds Ch Mountain Home ID P00460137683571521 Card 8943 | | 4.23 | |
| 5/18 | | Purchase authorized on 05/16 Chevron 0212224 Mountain Home ID S380137684313160 Card 8943 | | 57.26 | |
| 5/18 | | Purchase authorized on 05/16 Starbucks Store 11 Idaho Falls ID S380137834879887 Card 8943 | | 2.51 | |
| 5/18 | | Purchase authorized on 05/16 The Olive Gard0001 Idaho Falls ID S580138002039732 Card 8943 | | 52.05 | |
| 5/18 | | Purchase authorized on 05/16 Jet Stop Pocatello ID S580138106349355 Card 8943 | | 4.68 | |
| 5/18 | | Electronic Payme Idapower 200515 Idapwr007722148 Davispat | | 368.93 | 8,428.03 |
| 5/19 | | Purchase authorized on 05/18 Chevron 0207587 Horseshoe Ben ID S580139861858123 Card 8943 | | 7.81 | |
| 5/19 | | Purchase authorized on 05/18 Chevron 0207587 Horseshoe Ben ID S300140000820624 Card 8099 | | 9.09 | 8,411.13 |
| 5/20 | | Purchase authorized on 05/15 Amzn Mktp US*M72Dz Amzn.Com/Bill WA S300136630422039 Card 8099 | | 85.91 | |
| 5/20 | | Purchase authorized on 05/18 Subway 0022 Horseshoe Ben ID S580140000630367 Card 8943 | | 22.22 | |
| 5/20 | | Purchase authorized on 05/19 Intermountain Eye 208-3731200 ID S460140629493680 Card 8099 | | 132.00 | |
| 5/20 | | Purchase authorized on 05/19 Russell H Griffith Boise ID S380141013003611 Card 8099 | | 25.51 | |
| 5/20 | | Purchase authorized on 05/20 Winco Foods #27 3032 E St Eagle ID P00380141734010416 Card 8099 | | 198.30 | |
| 5/20 | | Purchase authorized on 05/20 Red Lobster 6259 Boise ID P00000000675135519 Card 8943 | | 88.44 | 7,858.75 |

May 31, 2020 ■ Page 5 of 8



___

*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|------------|-------------|--------------|
| 5/21 | | Purchase Return authorized on 05/20 Amzn Mktp US Amzn.Com/Bill WA S620142547905782 Card 8099 | 6.27 | | |
| 5/21 | | Purchase authorized on 05/16 Amzn Mktp US*M74Pn Amzn.Com/Bill WA S300137556058698 Card 8099 | | 23.24 | |
| 5/21 | | Purchase authorized on 05/19 Hero Business Serv 541-2543010 OR S300140624159530 Card 8099 | | 73.85 | |
| 5/21 | | Purchase authorized on 05/20 Carls Jr 1101580 Eagle ID S380141697650518 Card 8099 | | 15.97 | |
| 5/21 | | Purchase authorized on 05/20 2601 Great Clips A Boise ID S300141759626261 Card 8099 | | 28.00 | |
| 5/21 | | Purchase authorized on 05/20 Carls Jr 1101580 Eagle ID S380141767420692 Card 8099 | | 14.60 | |
| 5/21 | | Purchase authorized on 05/20 Walgreens Store 8100 W Fa Boise ID P00380142085464484 Card 8943 | | 26.03 | 7,683.33 |
| 5/22 | | Purchase authorized on 05/20 Amazon Music*M70An 888-802-3080 WA S300142235426113 Card 8943 | | 5.00 | |
| 5/22 | | TCF Bank Loan Pymt xxxxx8508 Timothy Davis | | 1,244.77 | 6,433.56 |
| 5/26 | | Purchase authorized on 05/21 Little Caesars 127 208-672-9334 ID S460142651805695 Card 8943 | | 56.71 | |
| 5/26 | | Recurring Payment authorized on 05/22 Microsoft*Xbox Liv Msbill.Info WA S380143478021073 Card 8943 | | 9.99 | |
| 5/26 | | Purchase authorized on 05/22 #1 Mongolian Bbq Boise ID S460144030645546 Card 8943 | | 74.26 | |
| 5/26 | | Purchase authorized on 05/22 LA Creme Frozen Yo Boise ID S460144037565028 Card 8099 | | 17.20 | |
| 5/26 | | Purchase authorized on 05/22 ID Liquor Store #109 Boise ID P00380144043113039 Card 8943 | | 116.44 | |
| 5/26 | | Purchase authorized on 05/22 WM Superc Wal-Mart Sup Garden City ID P0000000184512637 Card 8099 | | 57.24 | |
| 5/26 | | Purchase authorized on 05/22 Rays Corner Market Horseshoe Ben ID S460144100101737 Card 8943 | | 2.50 | |
| 5/26 | | Purchase authorized on 05/23 Google*Roblox Internet CA S460144708251816 Card 8099 | | 9.99 | |
| 5/26 | | Purchase authorized on 05/23 Epic Shine Car Was Eagle ID S380144731881084 Card 8943 | | 7.00 | |
| 5/26 | | Purchase authorized on 05/23 The Home Depot #1809 Eagle ID P00460144757732247 Card 8943 | | 54.18 | |
| 5/26 | | Purchase authorized on 05/23 Jimmy Johns - 1930 Boise ID S580144771336209 Card 8943 | | 65.74 | |
| 5/26 | | Purchase authorized on 05/23 WM Supercenter #28 Boise ID S300144794170908 Card 8099 | | 3.00 | |
| 5/26 | | Purchase authorized on 05/23 WM Supercenter #28 208-853-0541 ID S380144830117551 Card 8943 | | 285.40 | |
| 5/26 | | Purchase authorized on 05/23 Starbucks Store 10 Garden City ID S300144861509596 Card 8943 | | 25.00 | |
| 5/26 | | Purchase authorized on 05/23 Winco Foods #27 3032 E St Eagle ID P00580145022095662 Card 8943 | | 72.79 | |
| 5/26 | | Purchase authorized on 05/24 Google*Roblox Internet CA S580145835120329 Card 8099 | | 9.99 | |
| 5/26 | | Purchase authorized on 05/25 Amazon Music*M74D1 888-802-3080 WA S300146664047868 Card 8943 | | 14.99 | |
| 5/26 | | Purchase authorized on 05/25 Epic Shine Car Was Eagle ID S380146693306693 Card 8943 | | 25.00 | |
| 5/26 | | Purchase authorized on 05/25 Carls Jr 1101580 Eagle ID S380146701716256 Card 8943 | | 30.16 | |
| 5/26 | | Purchase authorized on 05/25 The Home Depot #1809 Eagle ID P00380146740408203 Card 8943 | | 164.71 | |
| 5/26 | | Purchase authorized on 05/25 Maverik #006 Boise ID S460146748568922 Card 8943 | | 42.03 | |
| 5/26 | | Purchase authorized on 05/25 Wal-Mart #2861 Garden City ID S460146764646533 Card 8943 | | 49.34 | |

May 31, 2020 ■ Page 6 of 8

**WELLS FARGO**

---

*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/26 | | Purchase authorized on 05/25 WM Supercenter #28 208-853-0541 ID S460146784902027 Card 8943 | | 212.61 | |
| 5/26 | | Purchase authorized on 05/25 Sonic Drive IN #51 Garden City ID S300146792127291 Card 8943 | | 4.88 | |
| 5/26 | | Purchase authorized on 05/25 Amzn Mktp US*M717T Amzn.Com/Bill WA S580147158843552 Card 8099 | | 110.96 | 4,911.45 |
| 5/27 | | Purchase authorized on 05/19 Amazon.Com*M763699 Amzn.Com/Bill WA S380140518831964 Card 8099 | | 9.54 | |
| 5/27 | | Purchase authorized on 05/25 Google*Roblox Internet CA S380147109580736 Card 8099 | | 4.99 | |
| 5/27 | | Purchase authorized on 05/25 Google*Roblox Internet CA S580147110032827 Card 8099 | | 0.99 | |
| 5/27 | | Purchase authorized on 05/25 Google*Roblox Internet CA S580147111728474 Card 8099 | | 0.99 | |
| 5/27 | | Purchase authorized on 05/25 Google*Roblox Internet CA S460147112142910 Card 8099 | | 0.99 | |
| 5/27 | | Purchase authorized on 05/25 Amzn Mktp US*M737x Amzn.Com/Bill WA S580147122232005 Card 8099 | | 13.42 | |
| 5/27 | | Purchase authorized on 05/27 Lenscrafters 0475 Boise ID P00000000481461385 Card 8099 | | 26.50 | |
| 5/27 | | Bank of America Online Pmt 200527 Ckf392734901POS Davis,Patricia | | 1,253.27 | 3,600.76 |
| 5/28 | | Purchase authorized on 05/26 Dish Network-One T 800-333-3474 CO S460147498248210 Card 8099 | | 199.16 | |
| 5/28 | | Purchase authorized on 05/26 Rays Corner Market Horseshoe Ben ID S580147824537002 Card 8943 | | 28.90 | |
| 5/28 | | Purchase authorized on 05/27 Panera Bread #6019 Meridian ID S300148604527718 Card 8099 | | 26.42 | |
| 5/28 | | Purchase authorized on 05/27 Carls Jr 1101580 Eagle ID S580148640645818 Card 8099 | | 21.16 | |
| 5/28 | | Purchase authorized on 05/27 Boise City Parking Boise ID S460148859851657 Card 8943 | | 2.25 | 3,322.87 |
| 5/29 | | Purchase authorized on 05/27 The Home Depot 180 Meridian ID S300148585031701 Card 8099 | | 405.86 | |
| 5/29 | | Purchase authorized on 05/27 Amzn Mktp US*M7338 Amzn.Com/Bill WA S460148804482035 Card 8099 | | 50.34 | |
| 5/29 | | Purchase authorized on 05/27 Amzn Mktp US*M72Hk Amzn.Com/Bill WA S460149006541047 Card 8099 | | 25.43 | |
| 5/29 | | Purchase authorized on 05/27 Tst* Asiago S Boise ID S580149050252480 Card 8943 | | 68.15 | |
| 5/29 | | Jdf One Time Tel Jdfonetime 510001386529 Davis Timothy Adam | | 842.22 | 1,930.87 |
| **Ending balance on 5/31** | | | | | **1,930.87** |
| **Totals** | | | **$8,083.85** | **$14,695.78** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

**Summary of checks written**    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 6460 | 5/15 | 3,024.65 |

---

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

**WELLS FARGO**

---

*Monthly service fee summary (continued)*

| Fee period 05/01/2020 - 05/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived.
For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $1,269.59 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 131 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)    ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC



# ✓ IMPORTANT ACCOUNT INFORMATION

---

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:
- The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.          $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | $ |

- $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.          = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR  D 399801          Member FDIC.