Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>TIMOTHY A. DAVIS and PATRICIA A. DAVIS,<br><br>       Debtors. | Case No. 20-00318-JMM<br><br>Chapter 11<br>(Subchapter V) |

---

**Notice of Motion to Convert Case and Opportunity to Object and for a Hearing**

<u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen [14] days of the date of this notice.  If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection.</u>  Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection.</u> The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

## <u>DEBTOR'S VOLUNTARY MOTION TO CONVERT CASE TO CHAPTER 7</u>

The Debtors, by and through their counsel of record, ANGSTMAN JOHNSON, respectfully state as follows:

## I.    <u>INTRODUCTION AND JURISDICTION</u>

1.    This Motion requests an Order converting the Debtors' Chapter 11 Subchapter V case to Chapter 7 pursuant to 11 U.S.C. § 1112(a) (the "Motion").

2.    This Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 1334. This is a "core proceeding" within the meaning of 28 U.S.C. § 157(b)(2)(A). Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

## II.    <u>BACKGROUND</u>

3.    On March 22, 2019 (the "Filing Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 11 Subchapter V of the Bankruptcy Code.  Since the Filing Date, the Debtor has remained as debtor-in-possession pursuant to Section 1184 of the Bankruptcy Code.

4.    On the petition date, the Debtors were operating a viable business structure selling various items on different ecommerce platforms.  This was a different structure and form of business than what they previously operated, but the ecommerce sales done by the Debtors' business were what they had successfully operated for years.  Through the first few months of the subchapter V process, the Debtors continued to operate the businesses in a profitable manner and projected that income to continue to fund their subchapter V Plan.  However, during the Section 341 Meeting of Creditors process (for which virtually no creditors actually appeared), the subchapter V Trustee requested a myriad of documents related to previously-closed and non-

operating businesses and required a deep-dive by the Debtors to explain every transaction into or out of those businesses. Due to the scope and nature of the subchapter V Trustee's requests, the Debtors warned the subchapter V Trustee and U.S. Trustee it would take a large amount of time and research to provide the scope of information requested. Despite these warnings the Trustee insisted on the production and accounting. Tim Davis explains the result as follows:

> The decision to convert stems from the Subchapter V trustee's continued requests for unnecessary documentation which placed an extreme hardship on our small business that is run and maintained primarily by myself. The requests of the trustee caused us to have to temporarily shut down our business so that I had time to fulfill the requests. As a result of a temporary shut down, we have been unable to regain our lost market share because our product listings had "cooled off" and lost their momentum. The loss in revenue means that we are unable to pay any personal bills until business picks up again, which completely ruins our Chapter 11 plan.

5.      As a result, the Debtors have concluded they will not be able to rebuild the business to the level required to fund a subchapter V plan within the time frames required by subchapter V and the directives from the United States Trustee's office, and therefore seek to convert their case to chapter 7. The only reason for seeking conversion rather than dismissal is the potential equity in the Debtors non-exempt assets.

## **RELIEF REQUESTED AND BASIS THEREFORE**

6.      The Debtors cannot propose a feasible plan to be confirmed within the time frames required by subchapter V and the United States Trustee's office. There simply is not enough time to adequately rebuild the businesses to the levels they performed at previously. Accordingly, the Debtors have no alternative but to convert their Chapter 11 proceedings to Chapter 7 pursuant to Section 1112(a) of the Bankruptcy Code, which provides:

> The debtor may convert a case under this chapter to a case under chapter 7 of this title unless –
>     (1)    the debtor is not a debtor in possession;
>     (2)    the case originally was commenced as an involuntary case under this chapter; or

DEBTOR'S VOLUNTARY MOTION TO CONVERT CASE TO CHAPTER 7 – Page 3

      (3)    the case was converted to a case under this chapter other than on the debtor's request.

11 U.S.C. § 1112(a).

7.     The legislative history for Section 1112(a) states that this subsection "gives the debtor the absolute right to convert a voluntarily commenced chapter 11 case in which the debtor remains in possession to a liquidation case." *In re Schuler*, 119 B.R. 191, 192 (Bankr. W.D. Mo. 1990) (*quoting* H.R. Rep. No. 595, 95th Cong., 1st Sess. 405 (1977); S. Rep. No. 989, 95th Cong., 2nd Sess. 117 (1978)). Other courts have also suggested that, provided the exceptions set forth in Section 1112(a) do not exist, a debtor has an absolute right to convert its case from Chapter 11 to Chapter 7. *See In re Texas Extrusion Corp.*, 884 F.2d 1142, 1161 (5th Cir. 1988); *In re Marrill Alarm Systems, Inc.*, 100 B.R. 606, 607 (Bankr. S.D. Fla. 1989); *In re Dieckhaus Stationers of King of Prussia, Inc.*, 73 B.R. 969, 971 (Bankr. E.D. Pa. 1987) (Section 1112(a) "gives the debtor an absolute right to convert"); *Provident Bank v. BBT (In re BBT)*, 11 B.R. 224, fn. 14 (Bankr. D. Nev., 1981) ("In the event a Chapter 11 debtor exercises its absolute right to convert the case to Chapter 7…").

8.     As a threshold matter, none of the limitations provided in Section 1112(a) on the Debtors' right to convert is present here because (i) the Debtors are debtors in possession, (ii) the case was commenced by filing a voluntary petition for relief, and (iii) there have been no prior conversions.  Furthermore, extreme or unusual circumstances do not exist that would warrant denial of this Motion.

9.     It is the Debtors' judgment that in the particular circumstances of this subchapter V case, dismissal or conversion is warranted.  Due to the potential equity in the Debtors' personal assets, the Debtors concede that conversion of the case best serves creditors' interests.

WHEREFORE, the Debtors respectfully request that the Court grant the Motion and such other relief as the Court deems just and appropriate under the circumstances.

DATED this 30th day of October, 2020.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtor

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October, 2020, I filed the foregoing DEBTOR'S VOLUNTARY MOTION TO CONVERT CASE TO CHAPTER 7 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@angstman.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Jesse A.P. Baker | ecfidb@aldridgepite.com |
| Lesley Bohleber | llueke@ecf.courtdrive.com |
| Tony Kullen | tkullen@wrightlegal.net |
| Chad Moody | chad@angstman.com |
| Derrick J. O'Neill | doneill@idalaw.com |
| Gary L. Rainsdon | trustee@filertel.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. Mail, postage prepaid:

See attached mailing matrix

/s/ Matt Christensen
Matthew T. Christensen

DEBTOR'S VOLUNTARY MOTION TO CONVERT CASE TO CHAPTER 7 – Page 5

```
Label Matrix for local noticing       (p)ALLIED INTERNATIONAL CREDIT CORP US      AMERICAN EXPRESS
0976-1                                 6800 PARAGON PLACE                          BOX 0001
Case 20-00318-JMM                      SUITE 400                                   LOS ANGELES, CA 90096-0001
District of Idaho                      RICHMOND VA 23230-1654
Boise
Fri Oct  2 08:51:43 MDT 2020

American Express National Bank         American Express National Bank c/o Zwicker &  BANK OF AMERICA
c/o Zwicker & Associates, P.C.         80 Minuteman Road                          ATTEN: BANKRUPTCY DEPT
80 Minuteman Road, P.O. Box 9043       P.O. Box 9043                              PO BOX 45224
Andover, MA 01810-0943                 Andover, MA 01810-0943                     JACKSONVILLE, FL 32232-5224

BANK OF THE WEST                       BANK OF THE WEST                           BANK OZK
2527 CAMINO RAMON                      PO BOX 4024                                1700 MARKET PLACE BLVD
PO BOX 5172                            ALAMEDA, CA 94501-0424                     CUMMING, GA 30041-7928
SAN RAMON, CA 94583-5172

BANK OZK                               (p)BMW FINANCIAL SERVICES                  BMW Financial Services Attn: Customer Accoun
PO BOX 196                             CUSTOMER SERVICE CENTER                    5550 Britton Parkway
OZARK, AR 72949-0196                   PO BOX 3608                                Hilliard OH 43026, OH 43026-7456
                                       DUBLIN OH 43016-0306

BMW Financial Services NA, LLC         BMW Financial Services NA, LLC             BMW Financial Services NA, LLC, c/o AIS Port
AIS Portfolio Services, LP             AIS Portfolio Services, LP                 4515 N Santa Fe Ave. Dept. APS
4515 N Santa Fe Ave. Dept. APS         Account #3267                             Oklahoma City, OK 73118-7901
Oklahoma City, OK 73118-7901           4515 N Santa Fe Ave. Dept. APS
                                       Oklahoma City, OK 73118-7901

Jesse A.P. Baker                       (p)BANK OZK                                Bank of America, N.A.
Aldridge Pite, LLP                     ATTN ATTENTION LEGAL/BANKRUPTCY            PO BOX 31785
4375 Jutland Drive, Suite 200          P O BOX 8811                               Tampa, FL 33631-3785
San Diego, CA 92117-3600               LITTLE ROCK AR 72231-8811

Lesley Bohleber                        CAPITAL ONE                                CHASE AUTO
Aldridge Pite, LLP                     PO BOX 60599                               PO BOX 901076
4375 Jutland Dr.                       CITY OF INDUSTRY, CA 91716-0599            FORT WORTH, TX 76101-2076
San Diego, CA 92117-3600

CHTD COMPANY                           CITIBANK N.A.                              CITIBANK, N.A.
PO BOX 2576                            PO BOX 790040                              PO BOX 78019
SPRINGFIELD, IL 62708-2576            SAINT LOUIS, MO 63179-0040                 PHOENIX, AZ 85062-8019

CORPORATION SERVICE COMPANY            Brett R Cahoon                             Matthew Todd Christensen
801 ADLAI STEVENSON DR                 OFFICE OF THE US TRUSTEE US DEPT           Angstman Johnson, PLLC
SPRINGFIELD, IL 62703-4261            720 Park Blvd., Ste. 220                   199 N. Capitol Blvd., Ste. 200
                                       Boise, ID 83712-7785                       Boise, ID 83702-6197

DAVIS TECHNOLOGY SOLUTIONS             Patricia A. Davis                          Timothy A. Davis
24 HAWLEY MOUNTAIN LANE                24 Hawley Bend Lane                        24 Hawley Mountain Lane
HORSESHOE BEND, ID 83629-8113         Horseshoe Bend, ID 83629-8113              Horseshoe Bend, ID 83629-8113
```

Deere & Company d/b/a John Deere Financial
PO Box 6600
Johnston, IA 50131-6600

EBAY
2145 HAMILTON AVENUE
SAN JOSE, CA 95125-5905

FIRST CORPORATE SOLUTIONS
914 S STREET
SACRAMENTO, CA 95811-7025

GEM STATE RADIOLOGY
877 W MAIN STREET STE. 603
BOISE, ID 83702-6070

HughesNet
PO Box 96874
CHICAGO, IL 60693-6874

IDAHO CENTRAL CREDIT UNION
4400 CENTRAL WAY
POCATELLO, ID 83202-5096

(p)IDAHO CENTRAL CREDIT UNION
PO BOX 2469
POCATELLO ID 83206-2469

IDAHO STATE TAX COMMISSION
PO BOX 36
BOISE, ID 83722-0410

INCORP SERVICES, INC.
3773 HOWARD HUGHES PKWY
SUITE 500s
LAS VEGAS, NV 89169-6014

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

(p)DEERE CREDIT SERVICES  INC
ATTN LITIGATION & RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

JPMorgan Chase Bank, N.A.
C/O ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

JPMorgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505 AZ1-5757
Phoenix, AZ 85038-9505

KABBAGE, INC.
925B PEACHTREE STREET NE
SUITE 1688
ATLANTA, GA 30309-3918

~~Tony Kullen~~
~~Wright Finlay & Zak LLP~~
~~121 SW Morison, Ste 1100~~
~~Portland, OR 97204-3141~~

MAZDA CAPITAL SERVICES
PO BOX 78058
PHOENIX, AZ 85062-8058

MCCARTHY BURGESS WOLFF
26000 CANNON RD
CLEVELAND, OH 44146-1807

~~MR COOPER~~
~~PO BOX 619098~~
~~DALLAS, TX 75261-9098~~

~~Matrix Financial Services Corporation~~
~~Nationstar Mortgage LLC d/b/a Mr. Cooper~~
~~Bankruptcy Dept.~~
~~PO Box 619096~~
~~Dallas TX 75261-9096~~

Medicredit
PO Box 1629
Maryland Heights, MO 63043-0629

~~Chad Moody~~
~~Angstman Johnson~~
~~199 N. Capitol Blvd., Ste. 200~~
~~Boise, ID 83702-6197~~

NORCO INC.
PO BOX 413124
SALT LAKE CITY, UT 84141-3124

~~Nationstar Mortgage LLC d/b/a Mr. Cooper~~
~~C/O ALDRIDGE PITE, LLP~~
~~4375 Jutland Drive, Suite 200~~
~~P.O. Box 17933~~
~~San Diego, CA 92177-7921~~

~~Derrick J O'Neill~~
~~Jones Gledhill Fuhrman Gourley, PA~~
~~225 N. 9th St. Ste 820~~
~~Boise, ID 83702-5778~~

PAYPAL
PO BOX 45950
OMAHA, NE 68145-0950

PEDIATRIX MEDICAL GROUP
PO BOX 88087
CHICAGO, IL 60680-1087

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

~~Gary L Rainsdon~~
~~POB 506~~
~~Twin Falls, ID 83303-0506~~

SAINT ALPHONUS
PATIENT FINANCIAL SERVICES
PO BOX 190930
BOISE, ID 83719-0930

ST.ALPHONSUS R.M.C
SARMC / TRINITY HEALTH
P.O. BOX 190930
BOISE, ID 83719-0930

SWIFT FINANCIAL
3505 SILVERSIDE RD, STE. 200
WILMINGTON, DE 19810-4905

SYNCHRONY BANK
PO BOX 965005
ORLANDO, FL 32896-5005

SYNCHRONY BANK
PO BOX 965013
ORLANDO, FL 32896-5013

Swift Financial
625 Ride Pike, Bld E, Ste 207
Conshohocken, PA 19428-3215

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

TCF NATIONAL BANK
C/O ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

TCF NATIONAL BANK (HELOC)
PO BOX 1485
MINNEAPOLIS, MN 55480-1485

TCF National Bank
1405 Xenium Lane N
Plymouth, MN 55441-4402

TD AUTO FINANCE
PO BOX 9223
FARMINGTON, MI 48333-9223

US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785

(p)VIVINT INC
4931 N 300 W
PROVO UT 84604-5816

YAMAHA MOTOR FINANCE
PO BOX 5222
SIOUX FALLS, SD 57117-5222

(p)YAMAHA MOTOR FINANCE
ATTN ATTN COLLATERAL DEPARTMENT
PO BOX 2429
CYPRESS CA 90630-1929

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

ALLIED INTERNATIONAL CREDIT
6800 PARAGON PLACE STE 400
RICHMOND, VA 23230

BMW FINANCIAL SERVICES
REGIONAL SERVICE CENTER
PO BOX 3608
DUBLIN, OH 43016-0306

Bank OZK
P.O. Box 8811
Little Rock, AR 72231

IDAHO CENTRAL CREDIT UNION
PO BOX 2469
POCATELLO, ID 83206

JOHN DEERE FINANCIAL
PO BOX 6600
JOHNSTON, IA 50131-6600

VIVINT HOME SECURITY
62992 COLLECTION DRIVE
CHICAGO, IL 60693-0629

Yamaha Motor Finance Corp.
6555 Katella Ave.
Cypress, CA 90630

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.