Timothy R. Kurtz, ISB No. 8774
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 956
Boise, ID 83701
Telephone (208) 287-8125
Facsimile (208) 287-8130

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re:

Davis, Timothy A.
Davis, Patricia A.

Debtors.

Case No. 20-00318-JMM
Chapter 7

**TRUSTEE'S OBJECTION TO EXEMPTION**

---

**NOTICE OF OBJECTION TO EXEMPTION AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **14** days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.**  Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

TO THE ABOVE NAMED COURT, THE DEBTORS, AND DEBTORS' ATTORNEY:

**NOTICE**

YOU ARE HEREBY NOTIFIED that the Trustee of the above estate objects to the following exemption(s) claimed by the debtor(s) in this proceeding:

| Asset | Specific Law | Value of Exemption |
|---|---|---|
| 2017 Yamaha UTV | Idaho Code § 11-605(3) | $10,000.00 |

**TRUSTEE'S OBJECTION TO EXEMPTION - 1**

YOU ARE FURTHER NOTIFIED that the Trustee will ask the Court to grant an Order sustaining the objection(s) without further hearing unless a written reply to the Trustee's objection is filed and duly served within fourteen (14) days from the date of this objection. A written response to the Trustee's objection must be set for hearing and notice thereof mailed to parties in interest.

## **OBJECTION**

Trustee objects to the Debtors' claim of exemption in the above-listed property, a 2017 Yamaha UTV (VIN 5Y4AMB2Y8HA101551) (the "UTV"). The Debtors are attempting to use Idaho's motor vehicle exemption statute to exempt the UTV that was not lawfully registered on April 3, 2020 (the "Petition Date").

The UTV's Idaho registration expired on December 31, 2018. The UTV's Idaho registration was then renewed by the Debtor on March 5, 2021. Idaho Code § 49-456(1) states, "It shall be unlawful for any person to operate or for the owner to permit the operation upon a highway of any motor vehicle, trailer or semi-trailer which is not registered[.]" Furthermore, under Idaho Code § 49-430, if a vehicle is not reregistered by the registration expiration date, it is an infraction. The UTV's Idaho registration was expired on the Petition Date, and thus the UTV did not meet the requirements to be lawfully operated on public street or highway and was not a "motor vehicle" for purposes of exemption under Idaho Code § 11-605(3). *See e.g., In re Haworth*, 604 B.R. 394, 398 (Bankr. D. Idaho 2019) (citing *In re Walsh*, 14-01778-TLM (Bankr. D. Idaho 2014) (holding a vehicle that is not registered on the petition date is not a motor vehicle for purposes of Idaho Code § 11-605(3) and cannot be exempted). In addition, the Bankruptcy Court for the District of Idaho has held that Idaho Code § 11-605(3) will not be construed "in a manner so as to include off-road vehicles, recreational vehicles, or those vehicles whose operation on the public highways would be illegal." *In re Guinn*, 18-00544-TLM (Bankr. D. Idaho 2018) (quoting *In re Sanders*, 03.1 I.B.C.R. 57 (Bankr. D. Idaho 2003)). The 2017 Yamaha UTV listed here is an "off-road vehicle[], recreational vehicle[], or [one] whose operation on public highways would be illegal."

Therefore, the UTV may not be exempted under Idaho Code § 11-605(3).

Date: April 1, 2021              /s/ Timothy R. Kurtz
                                 Chapter 7 Bankruptcy Trustee

**TRUSTEE'S OBJECTION TO EXEMPTION - 2**

## CERTIFICATE OF SERVICE

I hereby certify that on this date as indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals so noted below. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification*

*Served by U.S. MAIL*

Timothy A. Davis
Patricia A. Davis
24 Hawley Mountain Lane
Horseshoe Bend, ID 83629

/s/  Timothy R. Kurtz
Date: April 1, 2021